AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Small file cabinet located in Cubicle #6W319, Office of Legislative and Congressional Affairs; xxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxx; Washington, DC 20202

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Nathan A. Marceca     being duly sworn depose and say:

I am a(n)    Special Agent with the United States Department of Education    and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Small file cabinet located in Cubicle #6W319, Office of Legislative and Congressional Affairs; US Department of Education; Sixth Floor; 400 Maryland Avenue, S.W.; Washington, D.C. 20202

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
As more fully described in the affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title  21§844 and §841  United States Code, Section(s) §841 and §844 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Amy Jeffress
Organized Crimes and Narcotics Trafficking Section
(202) 514-7624

Signature of Affiant
Nathan A. Marcece, Special Agent
United States Department of Education

Sworn to before me, and subscribed in my presence

_____        at Washington, D.C.
Date

_____        _____
Name and Title of Judicial Officer        Signature of Judicial Officer