AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Small file cabinet located in Cubicle #6W319, Office of Legislative and Congressional Affairs; US Dept. of Education; 6th Fl 400 Maryland Avenue, SW; Washington, DC 20202

**SEARCH WARRANT**

CASE NUMBER: 05 - 0351M - 01

TO: __Nathan A. Marceca__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Nathan A. Marcece__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Small file cabinet located in Cubicle #6W319, Office of Legislative and Congressional Affairs; US Department of Education; Sixth Floor; 400 Maryland Avenue, S.W.; Washington, D.C. 20202

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As more fully described in the affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _July 1, 2005_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 21 2005
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ John M. Facciola_
Signature of Judicial Officer