# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/21/05 | 6/21/05 - 4:30 p.m. | BARRY WILLIAMS |

INVENTORY MADE IN THE PRESENCE OF  S.A. JEN UHLIR

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 - (1) LOOSE IN TOP DRAWER, SEVEN UNIDENTIFIED WHITE PILLS - UNKNOWN SUBST. (TOP DRAWER)
2 - (1) US DEPT OF ED. ENVELOPE w/EMAIL ADDRESSES ON IT (TOP DRAWER)
3 - (1) PIECE OF LINED PAPER w/EMAIL ADDRESSES ON IT (TOP DRAWER)
4 - (1) YELLOW LINED STICKY NOTE w/EMAIL ADDRESSES ON IT (MIDDLE DRAWER)
5 - (5) PIECES OF LINED & UNLINED PAPER w/EMAIL ADDRESSES ON IT (BOTTOM DRAWER)
——— LAST ITEM ———

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  6/22/09
U.S. Judge or U.S. Magistrate Judge    Date

ATTACHMENT A

DESCRIPTION OF PREMISES:

1. The room and desk to be searched are located on the sixth floor of the Department of Education "Headquarters" building, otherwise known as Federal Office Building Number 6, or "FB-6." The building is a seven-story high concrete and glass structure, located one block south of Independence Avenue, between 4th and 6th Streets, Southwest, and Maryland Avenue and C Street, Southwest. The street address: Department of Education, Headquarters Building FB-6, 400 Maryland Avenue, SW, Room 6W319 Washington, DC 20202. To enter the building on Maryland Avenue and C Street, visitors and staff must walk through red and white miniature schoolhouses. Above each entryway to the miniature schoolhouses are black and white chalkboard style signs that read "No Child Left Behind." Cubicle 6W319 is located on the west side of the sixth floor of the Headquarters building, and is the last room in the main hallway before the west stairway. There are two entrances to the Office of Legislative and Congressional Affairs, and both open into a common area. Cubicle 6W319 is located on the northwest corner of the office adjacent to the common area.

2. The area to be searched is limited to the low file cabinet and immediate area to the left of the entrance into the cubicle. (See attached photograph). Specifically:

   a. drawers, compartments, or containers of the desk, to include the top of the desk
   b. boxes, bins, or containers located beside the desk, or behind the desk.

6

ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

1. Suspected contraband marijuana, narcotics, or other illegal drugs, packaged or unpackaged, to include byproducts such as grains, chunks, resin, salts, seeds, leaves, stems.

2. Drug paraphernalia, to include packaging materials, clear plastic bags, clips, rolling papers, improvised pipes.

3. Lists of customer names, telephone numbers, codes, quantities, weights, delivery notices, or other evidence of drug distribution.

4. All safes or other locked compartments that cannot be opened on the premises during the search.